# United States Court of Appeals

*For the Seventh Circuit*
*Chicago, Illinois 60604*

February 28, 2001

*Before*

**Hon.** WILLIAM J. BAUER, *Circuit Judge*

**Hon.** JOHN L. COFFEY, Circuit Judge

**Hon.** DIANE P. WOOD, *Circuit Judge*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff-Appellee,<br><br>No. 00-2471             v.<br><br>EUGENE CRUCEAN,<br>    Defendant-Appellant. | ] Appeal from the United<br>] States District Court for<br>] the Northern District of<br>] Indiana, Hammond Division.<br>]<br>] No. 97 CR 104<br>]<br>] James T. Moody,<br>]     Judge. |

    The opinion of this court entered on this date is AMENDED as follows:

> On page 1, the lower court information should reflect that this appeal came from the Northern District of Indiana, Hammond Division.